## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GINA L. BRADFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-CV-447-JHP-PJC |
| | ) | |
| TMA SYSTEMS, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to the Order entered this 25th day of August, 2014, the Court enters judgment for the defendant, TMA Systems, L.L.C., and against the plaintiff, Gina L. Bradford, and the plaintiff recovers nothing.

**IT IS SO ORDERED** this 25th of August, 2014.

James H. Payne
United States District Judge
Northern District of Oklahoma